# United States District Court
# For The Western District of North Carolina
# Asheville Division

MELANIE J. KIRKLAND,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:08-cv-00115

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Consent Order with Remand pursuant to sentence four of 42 U.S.C. section 405(g), filed 10/7/08.

                                                  FRANK G. JOHNS, CLERK

October 7, 2008

                                             *s/Elizabeth J. Barton*
                          BY: _____
                                             Elizabeth J. Barton, Deputy Clerk